UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELIJAH JOSUE TAYLOR,**

   **Plaintiff,**

v.   No. 4:25-cv-0358-P

**TARRANT COUNTY DISTRICT COURT, ET AL.**

   **Defendants.**

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

This case was filed on April 2, 2025. ECF No. 1. That same day, Plaintiff filed a Motion for Leave to Proceed *in forma pauperis*. ECF No. 4. On April 3, 2025, the United States Magistrate Judge Jeffrey L. Cureton entered an order and notice of deficiency which ordered Plaintiff to submit a corrected Motion for Leave to Proceed in forma pauperis or pay the filing fee on or before May 3, 2025. ECF No. 9. Subsequently, Magistrate Judge Cureton made Findings, Conclusions, and a Recommendation in this case. ECF No. 10. In that order, the Magistrate Judge recommended that this case be dismissed because Plaintiff had failed to comply with the Court's order to pay the filing fee or file an amended motion. *Id.* at 2. The fourteen day objection period has run and the Court considers the Magistrate Judge's Recommendation to be ripe for review.

The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice.**

**SO ORDERED** on this **27th day of May 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE